# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKER BOAT CLUB, LLC,

      Petitioner,

v.                                Case No:   6:22-cv-1759-GAP-LHP

UNKNOWN POTENTIAL
CLAIMANT(S),

      Defendant

---

## ORDER

This cause comes before the Court on Petitioner's Motion for Entry of Final Default Judgment of Exoneration Against all Persons and Entities Who Did Not Respond to the Petition for Exoneration or Limitation (Doc. No. 15) filed March 2, 2023.

On May 4, 2023, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment against Unknown Potential Claimants is **GRANTED**.

3. The Clerk is directed to enter the proposed Final Judgment of Default attached hereto as Exhibit 1 and thereafter **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 22, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party